■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL OVITT, Appellant. [962 NYS2d 810]—Appeal from a judgment of the County Court of Washington County (McKeighan, J.), rendered October 20, 2011, which revoked defendant's probation and imposed a sentence of imprisonment.

In 2007, defendant was convicted of criminal possession of a controlled substance in the fifth degree and was sentenced to five years of probation. He was subsequently charged with violating the terms of his probation. He pleaded guilty to the probation violations and waived his right to appeal. Thereafter, his probation was revoked and he was sentenced in accordance with the plea agreement to one year in prison to be followed by one year of postrelease supervision. Defendant appeals.

Appellate counsel seeks to be relieved of her assignment of

representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Upon reviewing the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Lahtinen, J.P., Spain, McCarthy and Garry, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.